**\*E-FILED\***
**June 7, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIN-JIE MEN,<br><br>　　　　Plaintiff,<br>v.<br><br>GREAT WALL IMPERIAL RESTAURANT<br>et al.,<br><br>　　　　Defendants. | No. C 04-01121 RS<br><br>**ORDER RE: SETTLEMENT;**<br>**STAND-BY ORDER TO SHOW**<br>**CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 24, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 31, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

　　　　Failure to comply with this Order may result in dismissal of the case.

　　　　IT IS SO ORDERED.

Dated: June 7, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Adam Q. Wang, Esq.
Email: waqw@attbi.com

**Counsel for Defendant(s)**

Gordon J. Finwall, Esq.
Email: Gordon@Finwalllaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 7, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg