ADAM WANG (STATE BAR NUMBER 201233)
12 SOUTH FIRST STREET, SUITE 908
SAN JOSE, CA 95113
TEL: (408) 421-3403
FAX: (408) 351-0261                    *E-FILED 8/30/05*

ATTORNEY FOR PLAINTIFF
XIN-JIE MEN

GORDON FINWALL (STATE BAR NUMBER 14177)
FINWALL LAW OFFICES
1501 THE ALAMEDA
SAN JOSE, CA 95126
TEL: 408-350-4041
FAX: 408-350-4042

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIN-JIE MEN, | Case No.: C04-01121 RS |
| Plaintiff, | |
| vs. | |
| GREAT WALL IMPERIAL RESTAURANT, ET AL | STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Xin-Jie Men and defendants Great Wall Imperial Restaurant, Ken Leung, and Tina Leung through their respective counsel, stipulate as follows:

1.      Parties have fully resolved their disputes and entered into a Settlement Agreement and Release of Claims.

2.      As such parties respectfully request that the Court dismiss this case in its entirety

**STIPULATION TO DISMISS**
**Men v. Great Wall Imperial Restaurant, et al.**

with prejudice. Each party is to bear its own costs and fees; and that this court's Stand By Order

to Show cause directing parties to appear before this Court on August 31 be vacated.


Dated:  August 29, 2005                    By:  /s/ ADAM WANG
                                                 Adam Wang
                                                 Attorney for Plaintiff
                                                 XIN-JIE MEN



Dated: August 29, 2005                     By: /s/ GORDON FINWALL
                                                 Gordon Finwall
                                                 Attorney for Defendants
                                                 GREAT WALL IMPERIAL
                                                 RESTAURANT, KEN LEUNG, &
                                                 TINA LEUNG

___

_____


## [PROPOSED] ORDER

Pursuant to parties' stipulation, **IT IS SO ORDERED.**

Dated: August 30 2005                 By:  /s/ Richard Seeborg
                                               RICHARD SEEBORG
                                               United States Magistrate Judge

**STIPULATION TO DISMISS**
**Men v. Great Wall Imperial Restaurant, et al.**